| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____    Chapter    7 |
|    ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Vivino Group, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)    81-3850815

4. **Debtor's address**

   **Principal place of business**
   2846 Linkhorne Dr
   Lynchburg, VA 24503-3354
   Number, Street, City, State & ZIP Code

   Lynchburg City
   County

   **Mailing address, if different from principal place of business**
   114 East Ridge Cir
   Forest, VA 24551
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**
   2846 Linkhorne Dr, Lynchburg, VA 24503-3354 & 2424 Springer, Suite 200, Norman OK 73069
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    www.vivinogroup.com

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Vivino Group, Inc.**                                                                                       Case number (*if known*)
          Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Vivino Group, Inc.**　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____　　　Relationship _____
District _____ When _____　　Case number, if known _____

**11. Why is the case filed in *this district*?**　　*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.　Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**　*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　page 3

Debtor  **Vivino Group, Inc.**  Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Vivino Group, Inc.** Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 4, 2023**
MM / DD / YYYY

**X /s/ Stephen J. Vivino**                           **Stephen J. Vivino**
Signature of authorized representative of debtor      Printed name

Title **President**

**18. Signature of attorney**

**X /s/ Stephen E. Dunn**                             Date **April 4, 2023**
Signature of attorney for debtor                      MM / DD / YYYY

**Stephen E. Dunn 26355**
Printed name

**Stephen E. Dunn, PLLC**
Firm name

**201 Enterprise Drive**
**Suite A**
**Forest, VA 24551**
Number, Street, City, State & ZIP Code

Contact phone **434-385-4850**    Email address **stephen@stephendunn-pllc.com; michelle@stephendunn-pllc.com**

**26355 VA**
Bar number and State

# United States Bankruptcy Court
## Western District of Virginia

In re **Vivino Group, Inc.**

Debtor(s)

Case No.

Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 4, 2023**

**/s/ Stephen J. Vivino**
**Stephen J. Vivino**/**President**
Signer/Title

ACCORD BUSINESS FUNDING LLC
3131 EASTSIDE ST
STE 350
HOUSTON, TX 77098

BRADEN JESKO
709 DANA DR
YUKON, OK 73099

Vivino Group, Inc.
COMCAST
PO BOX 70219
PHILADELPHIA, PA 19176-0219

AFLAC
1932 WYNNTON RD.
COLUMBUS, GA 31999

BRITTANY DUNKIN
4353 OH-305
APT UP
SOUTHINGTON, OH 44470

COMCAST BUSINESS
PO BOX 6505
CHELMSFORD, MA 01824

AMANDA THURMAN
53 FERGUSON DR
LYNCHBURG, VA 24502

BRITTANY GWYNN
177 BELL CT
DANVILLE, VA 24541

CONCENTRA
OCCUPATIONAL HEALTH CTR OF B
PO BOX 20127
CRANSTON, RI 02920-0942

ANGELA DAVIS
1772 DIXIE MOUNTAIN TRAIL
BIG ISLAND, VA 24526

CAPITAL CREDIT
224 AIRPORT PARKWAY, STE 200
SAN JOSE, CA 95110

CORPORATION SERVICE COMPA
801 ADLAI STEVENSON DR
SPRINGFIELD, IL 62703

ANNA MORA
1125 LAKESIDE DR
APT A6
LYNCHBURG, VA 24501

CAPITAL CREDIT INC
PO BOX 204695
DALLAS, TX 75320-4695

COX BUSINESS
PO BOX 53249
PHOENIX, AZ 85072-3249

APPALACHIAN POWER
PO BOX 24401
CANTON, OH 44701-4401

CAPITAL CREDIT INC
7301 RR 620 NORTH, SUITE 155
AUSTIN, TX 78726

DANIEL STEWART
3208 NW 54TH ST
OKLAHOMA CITY, OK 73112

ARIANA DELAROSA
3400 STONEBROOK DR
NORMAN, OK 73072

CHIMEKAH RODRIGUEZ
6231 OLD MILL RD
UNIT 627
LYNCHBURG, VA 24502

DELIA ZAMORA
26721 DOGWOOD DR
RUTHER GLEN, VA 22546

ASHLEY BROWN
110 ALTA LN
LYNCHBURG, VA 24502

CHRISTINE SHEPHERD
PO BOX 1512
200 HORIZON VIEW CT
NORMAN, OK 73071

DENISE BARNETT
9839 COURTHOUSE RD
SPOTSYLVANIA, VA 22553

AVIONTE
4300 MARKETPOINTE DR. SUITE 250
BLOOMINGTON, MN 55435

CHRITOPHER KLAHN
2001 RIVERMONT AVE
UNIT 202
LYNCHBURG, VA 24503

DESTINI BAKER
1100 GREENTREE AVE
DOTHAN, AL 36303

BCBS OF OKLAHOMA
PO BOX 3283
TULSA, OK 74102

CITY OF LYNCHBURG UTILITY BILLING
PO BOX 9000
LYNCHBURG, VA 24505

ELINA DRYDEN
4499 STAGE RD
CONCORD, VA 24538

FELICIA JONES
2140 RIVER RD
MADISON HEIGHTS, VA 24572

HEALTHWORKS
125 NATIONWIDE DR
LYNCHBURG, VA 24502

Vivio Group, Inc.
JESSICA THOMPSON
6936 PAXTON RD
YOUNGSTOWN, OH 44512

FINVEST
17 STATION ST
3RD FLR
BROOKLINE, MA 02445

HUMAN INTEREST/MG TRUST 401K
655 MONTGOMERY STREET, SUITE 1800
SAN FRANCISCO, CA 94111

JOHN DRUDING
298 WOODHAVEN DR
LYNCHBURG, VA 24502

FINVEST LLC
77 SPRUCE STREET
STE 204
CEDARHURST, NY 11516

HUMANA
500 WEST MAIN STREET,
LOUISVILLE, KY 40202

KAYLEIGH TUCKER
606 MONTGOMERY KNOB RD
COVINGTON, VA 24426

FINVEST LLC
C/O JACOB VERSTANDING ESQ.
290 CENTRA AVE, STE 109
LAWRENCE, NY 11559

IHEART MEDIA
PO BOX 406372
ATLANTA, GA 30384-6372

KEYRISK DBA PMC INSURANCE G
209 BURLINGTON ROAD SUITE 10
BEDFORD, MA 01730

FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE ST
TALLAHASSEE, FL 32399-0100

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

KIMBERLY FRANKLIN
418 ABBITT BRANCH RD
APPOMATTOX, VA 24522

FRANCES DUTTON
356 STULTS STORE RD
IRON CITY, TN 38463

JAMIE GAREN
16401 STONEVIEW DR
OKLAHOMA CITY, OK 73170

KRISTYN STINNETTE
105 NESTER LN
LYNCHBURG, VA 24501

FRANCES SPENCE
3008 HILL ST
UNIT 304
LYNCHBURG, VA 24501

JARETH GOODPASTER
4687 E. OLD 24
LAGRO, IN 46941

LABCORP
PO BOX 12140
BURLINGTON, NC 27216-2140

FUNDING FAMILY
77 SPRUCE ST, 2ND FLOOR
CEDARHURST, NY 11516

JEAN WIDMAIER
2576 TWISTING SWEETGUM WAY
OCOEE, FL 34761

LAKISHA SMITH
4624 PLAYER DR
ROANOKE, VA 24019

GAYLAND FRENCH
7905 BOLLING DR
ALEXANDRIA, VA 22306

JEFFREY FANNON
402A N. 2ND ST
NOBLE, OK 73068

LAMICA LOCKLEY
504 KNOLLS DR
UNIT 104
NEWPORT NEWS, VA 23602

GO TO CONNECT/JIVE COMMUNICATIONS
PO BOX 412252
BOSTON, MA 02241-2252

JEREMIAH PRICE
1225 LAKEVIEW DR
LYNCHBURG, VA 24502

LATARA ALLEN
592 OLD EGG RD
LOT 10
CAIRO, GA 39827

| | | |
|---|---|---|
| LEAH JACKSON<br>2571 VISTA RISE<br>APT. D<br>TALLAHASSEE, FL 32304 | NC DEPARTMENT OF REVENUE<br>PO BOX 25000<br>RALEIGH, NC 27640-0640 | Vivino Group, Inc.<br>REZZLEY ODHIAMBO-STEADMAN<br>745 EDEN WAY NORTH<br>APT 225<br>CHESAPEAKE, VA 23320 |
| LEANNE BECK<br>2413 MEADOWBROOK RD<br>CANA, VA 24317 | NV DEPARTMENT OF TAXATION<br>1550 COLLEGE PKWY<br>STE 115<br>CARSON CITY, NV 89706 | RITA WATTS<br>1067 PHELPS RD<br>BEDFORD, VA 24523 |
| LENORA CAMPBELL<br>122 SUNSHINE DR<br>BRINSON, GA 39825 | OHIO DEPARTMENT OF TAXATION<br>ATTN: COMPLIANCE BUSINESS TAX DIV<br>PO BOX 1090<br>COLUMBUS, OH 43216-1090 | RSHAYLA FAULK<br>17429 NW GUILFORD CIR<br>BLOUNTSTOWN, FL 32424 |
| LIEN SOLUTIONS<br>PO BOX 29071<br>GLENDALE, CA 91209-9071 | ONEMAIN<br>ATTN: BANKRUPTCY<br>601 NW 2ND ST<br>EVANSVILLE, IN 47708 | SALLY KIRK<br>1851 FESCUE CIR<br>HUDDLESTON, VA 24104 |
| LISA DANIEL<br>325 MILITARY DR<br>CHATHAM, VA 24531 | PATRICIA SNYDER<br>16332 SE PEACH STREET<br>BLOUNTSTOWN, FL 32424 | SCOTT BONHEIM/ZWC HOLDINGS LL<br>1524 LOCUST GROVE LANE<br>BEDFORD, VA 24523 |
| LOVENDA OCHIENG<br>1227 SPRING CREEK DR<br>APT 104<br>FOREST, VA 24551 | PAULA BOGARD<br>114 JUSTUS MILL DR<br>WYTHEVILLE, VA 24382 | SHANNON LAYNE<br>325 MILITARY DR<br>CHATHAM, VA 24531 |
| LUCITA CUNNINGHAM<br>5314 TEN POINT DR<br>CRESTVIEW, FL 32539 | POLARIS BUSINESS STRATEGIC ADVISORS<br>22 W. 38TH STREET, 3RD FLOOR<br>NEW YORK, NY 10038 | SHRED IT<br>STERICYCLE, INC.<br>28883 NETWORK PLACE<br>CHICAGO, IL 60673-1288 |
| LYNCHBURG INVESTMENT COMPANY INC<br>2820 LINKHORNE DR<br>STE A<br>LYNCHBURG, VA 24501 | POLARIS BUSINESS STRATEGIC ADVISORS<br>22 W. 38TH STREET<br>NEW YORK, NY 10018 | STEPHEN VIVINO<br>114 EAST RIDGE CIT<br>FOREST, VA 24551 |
| MINDIE GOODWIN<br>104 E. 9TH ST<br>BUENA VISTA, VA 24416 | QUICKBOOKS<br>2920 MUIRFIELD DR<br>LEWISVILLE, TX 75067 | STEPHEN VIVINO<br>114 E. RIDGE CIR<br>FOREST, VA 24551 |
| MINUTEMEN OHIO<br>3740 CARNEGIE AVE, 2ND FL.<br>CLEVELAND, OH 44115 | RASHELL JONES<br>PO BOX 521<br>TALLAHASSEE, FL 32303 | SUSAN VALARIE VIVINO<br>3223 ENCLAVE PL<br>NORMAN, OK 73072 |

| | | |
|---|---|---|
| TABOR ENTERPRISES INC<br>C/O PAUL TABOR VICE PRESIDENT<br>202 HOLIDAY DR<br>ARDMORE, OK 73401 | VA STATE POLICE<br>PO BOX 27472<br>RICHMOND, VA 23261 | Vivino Group, Inc.<br>ZOOMINFO<br>805 BROADWAY STREET<br>SUITE 900<br>VANCOUVER, WA 98660 |
| TAMAR COLLINS<br>1305 TRAVIS RD<br>DOTHAN, AL 36301 | VELOCITY CAPITAL GROUP LLC<br>C/O ISAAC GREENFIELD, ESQ.<br>2 EXECUTIVE BLVD, STE 305<br>SUFFERN, NY 10901 | |
| TAMMY PONDS<br>406 WEST CLAY STREET<br>PENSACOLA, FL 32505 | VELOCITY CAPITAL GROUP LLC<br>470 WASHINGTON ST. #21<br>NORWOOD, MA 02062 | |
| TAWNYA ROBINSON<br>412 KESWICK ST<br>CLIFTON FORGE, VA 24422 | VIRGINIA DEPARTMENT OF TAXATION<br>PO BOX 2156<br>RICHMOND, VA 23218 | |
| TAX DEFENSE NETWORK A MONEY SOURCE<br>COMPANY, 9000 SOUTHSIDE BLVD<br>BLDG 100, STE 1900<br>JACKSONVILLE, FL 32256 | VIRGINIA EMPLOYMENT COMMISSION<br>PO BOX 26971<br>RICHMOND, VA 23261 | |
| TAX DEFENSE NETWORK FOR IRS<br>9000 SOUTHSIDE BLVD, BLDG 100<br>SUITE 1900<br>JACKSONVILLE, FL 32256 | VIVIAN<br>PO BOX 7413836<br>LOS ANGELES, CA 90074 | |
| THOMAS TORKILDSEN<br>1000 MISTY MOUNTAIN RD, APT 110<br>LYNCHBURG, VA 24502 | WORKN<br>C/O AVIONTE<br>4300 MARKETPOINTE DR. SUITE 250<br>BLOOMINGTON, MN 55435 | |
| TIA RANDLE<br>3131 EASTSIDE STREET<br>STE 350<br>HOUSTON, TX 77098 | XFINITY<br>1701 JOHN F. KENNEDY BLVD.<br>PHILADELPHIA, PA 19103 | |
| TIMECENTRIC INC DBA TIMERACK<br>3650 ROGERS ROAD SUITE 359<br>WAKE FOREST, NC 27587 | YOLANDA WELLS<br>1341 WEKVIA WAY<br>SAINT AUGUSTINE, FL 32092 | |
| UNIVERSAL BACKGROUND SCREENING<br>PO BOX 743134<br>LOS ANGELES, CA 90074-3134 | ZAMORYE ROBERTS<br>2501 PENDLETON DR<br>#1810<br>NORMAN, OK 73072 | |

# United States Bankruptcy Court
## Western District of Virginia

In re  **Vivino Group, Inc.**                                                                                       Case No.
                                    Debtor(s)                                                                          Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Vivino Group, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Stephen Vivino**
**114 East Ridge Cit**
**Forest, VA 24551**

☐ None [*Check if applicable*]

| | |
|---|---|
| **April  4, 2023** | **/s/ Stephen E. Dunn** |
| Date | **Stephen E. Dunn 26355** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Vivino Group, Inc.** |
| | **Stephen E. Dunn, PLLC** |
| | **201 Enterprise Drive** |
| | **Suite A** |
| | **Forest, VA 24551** |
| | **434-385-4850 Fax:434-385-8868** |
| | **stephen@stephendunn-pllc.com; michelle@stephendunn-pllc.com** |

# United States Bankruptcy Court
## Western District of Virginia

In re  **Vivino Group, Inc.**    Case No.
Debtor(s)    Chapter  **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Stephen J. Vivino**, declare under penalty of perjury that I am the **President** of **Vivino Group, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **4th** day of **April 2023**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Stephen J. Vivino**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Stephen J. Vivino**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Stephen J. Vivino**, **President** of this Corporation is authorized and directed to employ **Stephen E. Dunn 26355**, attorney and the law firm of **Stephen E. Dunn, PLLC** to represent the corporation in such bankruptcy case."

Date **April 4, 2023**    Signed **/s/ Stephen J. Vivino**
**Stephen J. Vivino**

Resolution of Board of Directors
of
**Vivino Group, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Stephen J. Vivino**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Stephen J. Vivino**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Stephen J. Vivino**, **President** of this Corporation is authorized and directed to employ **Stephen E. Dunn 26355**, attorney and the law firm of **Stephen E. Dunn, PLLC** to represent the corporation in such bankruptcy case.

Date  **April 4, 2023** _____  Signed _____

Date  **April 4, 2023** _____  Signed _____